**STATE of Missouri, Respondent,**

v.

**Anthony JORDAN, Appellant.**

**No. WD 76364.**

Missouri Court of Appeals, Western District.

Oct. 14, 2014.

---

Amy Bartholow, Columbia, MO, for Appellant.

Lynn Stoppy, Warrensburg, MO, for Respondent.

Before Division Two: VICTOR C. HOWARD, P.J., JAMES EDWARD WELSH, and ANTHONY REX GABBERT, JJ.

## ORDER

PER CURIAM:

Anthony Jordan appeals the circuit court's judgment convicting him of the class A misdemeanor of possession of up to 35 grams of marijuana. We affirm. Rule 30.25(b).